## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CR144** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MICHAEL MC NARY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Michael McNary (McNary) to be screened for placement in an appropriate substance abuse facility (Filing No. 18). The motion is granted and Pretrial Services shall screen McNary for placement.

**IT IS SO ORDERED.**

DATED this 22nd day of June, 2009.

                                                BY THE COURT:

                                                s/Thomas D. Thalken
                                               United States Magistrate Judge